# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

151694

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 151694
                                           COA: 320095
                                           Tuscola CC: 13-012824-FC

JAMIE CHRISTOPHER ARNETT,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 28, 2015 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment addressing the defendant's witness-vouching and associated ineffective-assistance arguments, and we REMAND this case to the Court of Appeals to further consider those arguments under the principles set forth in *People v Douglas*, 496 Mich 557 (2014). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

p1216